```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 09702
   ROCCO V NATALE
   DORA L NATALE                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2995    SSN XXX-XX-1560

---------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 03/11/2004 and was confirmed 06/03/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  65.25% from remaining funds.

      The case was paid in full 05/25/2007.
---------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
---------------------------------------------------------------------------
ECAST SETTLEMENT CORP     UNSECURED OTH     755.76              .00            493.08
ARROW FINANCIAL SERVICES  UNSECURED         652.65              .00            425.84
ASSET ACCEPTANCE CORP     UNSECURED         946.83              .00            617.79
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED            .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         601.29              .00            392.33
CAPITAL ONE BANK          UNSECURED        1114.05              .00            726.90
WORLD FINANCIAL NETWORK   UNSECURED         213.40              .00            139.24
1ST USA BANK              UNSECURED        NOT FILED            .00              .00
GC SERVICES DATA CONTROL  UNSECURED        NOT FILED            .00              .00
GO MORE FINANCIAL INC     UNSECURED        NOT FILED            .00              .00
HARVARD COLLECTION SERVI  UNSECURED        NOT FILED            .00              .00
ECAST SETTLEMENT CORP     UNSECURED        1779.68              .00           1161.21
JC PENNEY                 UNSECURED        NOT FILED            .00              .00
MED HEALTH FINANCIAL SER  UNSECURED        NOT FILED            .00              .00
NICOR GAS                 UNSECURED         207.49              .00            135.38
PROFESSIONAL BUREAU OF C  UNSECURED        NOT FILED            .00              .00
PERIMETER CREDIT          UNSECURED        NOT FILED            .00              .00
RADIO SHACK               UNSECURED        NOT FILED            .00              .00
SHERMAN ACQUISITION       UNSECURED        NOT FILED            .00              .00
WORLD FINANCIAL NETWORK   UNSECURED         374.98              .00            244.67
B-FIRST LLC               UNSECURED        1182.38              .00            771.48
MGM LAW OFFICES           DEBTOR ATTY      1,600.00                           1,600.00
TOM VAUGHN                TRUSTEE                                              348.08
DEBTOR REFUND             REFUND                                               422.00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                7,478.00

PRIORITY                                     .00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 09702 ROCCO V NATALE & DORA L NATALE
```

```
SECURED                                                             .00
UNSECURED                                                       5,107.92
ADMINISTRATIVE                                                  1,600.00
TRUSTEE COMPENSATION                                              348.08
DEBTOR REFUND                                                     422.00
                                   ----------------     ----------------
TOTALS                                     7,478.00             7,478.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
 Dated: 10/04/07              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```